IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA A. GREINEDER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **NO. 13-2376** |
| **MASONIC HOMES OF THE R.W. GRAND LODGE, F&AM OF PENNSYLVANIA d/b/a MASONIC VILLAGES, et al.,** | : | |
| **Defendants.** | : | |

# ORDER

    **AND NOW**, this 23rd day of April, 2014, upon consideration of "Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint" (Doc. No. 9), the response thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' motion is **GRANTED** in part and **DENIED** in part.

— Defendants' motion is granted, such that the requests for compensatory and punitive damages in Claim V are **STRICKEN**, and Counts VIII and XI of Plaintiff's amended complaint are **DISMISSED** with prejudice.

— Defendants' motion is denied in all other respects.

                                                              **BY THE COURT:**

                                                              /s/ Mitchell S. Goldberg
                                                              _____
                                                              **Mitchell S. Goldberg, J.**